UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:17 CR 298-01 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| -v- | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| NARLON PORTIS, JR., | ) | REFERRAL TO U.S. PROBATION |
| | ) | <u>OFFICE</u> |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Narlon Portis, Jr., which was referred to the Magistrate Judge with the consent of the parties.

On September 20, 2017, the government filed a five count Superseding Indictment, charging Defendant Narlon Portis, Jr. in four of those counts, with Dealing in Counterfeit U.S. Currency, in violation of Title 18 U.S.C. § 473 and 2, Uttering Counterfeit U.S. Currency, in violation of 18 U.S.C. § 472 and 2, Counterfeiting in U.S. Currency, in violation of 18 U.S.C. § 471 and 2, and Dealing in and Uttering Counterfeit U.S. Currency, in violation of 18 U.S.C. § 371. Defendant Portis was arraigned on September 26, 2017, and entered a plea of not guilty to Counts 1, 2, 3 and 5 of the Superseding Indictment, before this Court. On January 17, 2018, Magistrate Judge Parker, received Defendant Portis's plea of guilty to Counts 3 and 5 of the Superseding Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Portis

is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Portis is adjudged guilty to Count 3 and 5 of the Superseding Indictment, in violation of Title 18 U.S.C. § 471 and 2, Counterfeiting in U.S. Currency, and 18 U.S.C. § 371, Dealing in and Uttering Counterfeit U.S. Currency, respectively. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on April 25, 2018, at 10:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 7, 2018